UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 06, 2025

Ms. Hayley Hanna Baker
3820 Charlotte Avenue
Suite 146-24
Nashville, TN 37209

Mr. Matthew Wayne Willis
Ashley, Ashley & Arnold
P.O. Box H
Dyersburg, TN 38025

Re: Case No. 25-5419, *Tyrone Hayes, Jr. v. Acts 2:38 Faith Deliverance, Inc., Church Of Jesus, et al*
Originating Case No. : 1:23-cv-01116

Dear Counsel,

This appeal has been docketed as case number **25-5419** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **May 20, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues

                         Disclosure of Corporate Affiliations
                         Application for Admission to 6th Circuit Bar (if applicable)

Appellee:     Appearance of Counsel
                 Disclosure of Corporate Affiliations
                 Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Ryan Orme
                                          Case Manager
                                          Direct Dial No. 513-564-7079


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5419

TYRONE HAYES, JR.

    Plaintiff - Appellee

v.

ACTS 2:38 FAITH DELIVERANCE, INC., CHURCH OF JESUS CHRIST OF THE APOSTOLIC

    Defendant

and

RANDALL HOOKER

    Defendant - Appellant